MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AMBER S. ROSEN (160380)
Assistant United States Attorney
  150 Almaden Boulevard, Suite 900
  San Jose, CA 95113
  Telephone: (408) 535-5061
  Fax: (408) 535-5066
  E-Mail: amber.rosen@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-00674 LHK |
| Plaintiff, ) | |
| v. ) | NOTICE OF DISMISSAL |
| DAVID RANGEL and ) | |
| ENRIQUE PINEDA LEDESMA, ) | |
| Defendants. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice against defendant Enrique Ledesma.

DATED: January 23, 2012        Respectfully submitted,

MELINDA HAAG
United States Attorney

                                      /s/
AMBER S. ROSEN
Assistant United States Attorney

NOTICE OF DISMISSAL

1  Leave is granted to the government to dismiss the indictment.

3  Date: 1/24/12

   *[signature: Lucy H. Koh]*
   LUCY H. KOH
   United States District Judge